Ex parte LOOPER
No. A-1534.   Opinion Filed May 26, 1915.
(152 Pac. 1198.)

W. T. Banks, of Hugo, for petitioner.

PE RCURIAM.   Application of William Looper for a writ of habeas corpus to release his wife, Annie Looper, from the custody of the superintendent of the State Insane Asylum at Norman.   The respondent consenting, Annie Looper is discharged.

---

In re McLEOD
No. A-1905.   Opinion Filed June 9, 1915.
(152 Pac. 1198.)

PER CURIAM.   Application of William Looper for a writ of habeas

W. L. Coffey, of Kingfisher, for petitioner.

PER CURIAM.   Application withdrawn.   Cause dismissed.   Application for want of mandamus.   Cause dismissed.

---

Ex parte MIDDLETON
No. A-2212.   Opinion Filed June 9, 1915.
(152 Pac. 1198.)

Petition of D. H. Middleton for writ of habeas corpus.   Cause dismissed.   N. W. Noffsinger, for petitioner.

PER CURIAM.   Application withdrawn by leave of court, and cause dismissed.

---

Ex parte MONTOUR
No. A-1923.   Opinion Filed June 8, 1915.
(152 Pac. 1198.)

Application of Arthur Montour for writ of habeas corpus, to be admitted to bail.   Writ denied.

Shackelford & Norfleet and Giddings and Giddings, of Oklahoma City, for petitioner.

Chas. West, Atty. Gen., for the State.

PER CURIAM.   Writ denied.